**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHERI LUNN,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| **v.** | ]    **Civil Action No.: 06-1491 (JDB)** |
| | ]    **Next Event:** |
| **ELI LILLY AND COMPANY,** | ] |
| | ] |
| **Defendant.** | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M.

LEVINE & ASSOCIATES as counsel for plaintiff SHERI LUNN in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


  /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046