**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHERI LUNN,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| v. | ] | **Civil Action No.: 06-cv-1491 (JDB)** |
| | ] | **Next Event: Initial Scheduling Conference** |
| **ELI LILLY AND COMPANY,** | ] | **on January 25, 2007 at 9:00 a.m.** |
| | ] | |
| **Defendant.** | ] | |

**[PROPOSED] SCHEDULING ORDER**

The parties suggest the following schedule:

April 25, 2007:        Deadline for serving discovery requests.

May 25, 2007:        Deadline for plaintiff to designate experts and provide expert reports,

pursuant to Rule 26(a)(2).

June 25, 2007:        Deadline for defendant to designate experts and provide expert reports,

pursuant to Rule 26(a)(2).

August 24, 2007:        All Discovery Closed. The parties agree that experts may be deposed

until the close of discovery.

September 24, 2007:    Deadline for filing Dispositive Motions.

November 2007:        Pre-Trial Conference.


DATED: _____                _____
                                            JOHN D. BATES
                                            United States District Judge

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

FOLEY HOAG LLP

/s/ Aaron M. Levine

AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff

 /s/ James J. Dillon (by permission-rm)

JAMES J. DILLON, #485593
155 Seaport Boulevard
Boston, MA   02210
617-832-1000

and

Lawrence H. Martin, Esq.
FOLEY HOAG LLP
1875 K Street, N.W., Suite 800
Washington, DC   20006
202-223-1200

Counsel for Defendant Eli Lilly and
     Company

Dated: January 5, 2007