UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERI LUNN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　Defendant. | Civil Action No.  06-1491 (JDB) |

**ORDER SETTING SCHEDULE AND REFERRING CASE TO MAGISTRATE JUDGE**

　　Pursuant to the Initial Scheduling Conference held with the Court on January 25, 2007, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1.　　All discovery requests shall be served by not later than April 25, 2007.

2.　　Plaintiffs, in accordance with Fed. R. Civ. P. 26(a)(2), shall designate experts and provide expert reports by not later than May 25, 2007.  Defendants shall designate experts and provide expert reports pursuant to Rule 26(a)(2) by not later than June 25, 2007.

4.　　All discovery shall be completed by August 24, 2007, and the parties agree that experts may be deposed until the close of discovery.

5.　　Dispositive motions shall be filed by not later than September 24, 2007.  Any oppositions shall be filed within thirty (30) days from the date on which the dispositive motion is served, by not later than October 24, 2007, and any replies

   shall be filed by not later than November 8, 2007.

7. The parties shall appear for a status conference on September 5, 2007 at 9:00 a.m.

8. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

9. At the request of the parties, this case shall be referred to Magistrate Judge Kay, effective July 2, 2007, solely for purposes of facilitating settlement discussions.

**SO ORDERED**.

                /s/  John D. Bates
                   John D. Bates
                United States District Judge

Dated: January 25, 2007