IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERI LUNN,                              ] | |
| ] | |
|     Plaintiff,                         ] | |
| ] | |
|   v.                                         ] | Civil Action No.: 06-1491 (JDB/AK) |
| ] | Next Event: Discovery Close - 8/24/07 |
| ELI LILLY AND COMPANY,        ] | |
| ] | |
|     Defendant.                      ] | |

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

      COMES NOW the Plaintiff, by and through counsel, **with the consent of the Defendant**, and respectfully moves this Court to enter an Order Amending the Scheduling Order by forty-five (45) days, and as grounds therefor states:

      1.     This case concerns a personal injury/products liability claim in which Plaintiff claims that she has suffered uterine and cervical malformations, with resulting poor pregnancy outcomes and infertility.

      2.     Discovery closes in this matter on August 24, 2007, with a Mediation before Magistrate Judge Alan Kay presently scheduled for August 28, 2007. The parties have engaged in written discovery, have produced and collected medical records, and Lilly has scheduled the depositions of plaintiff and her parents for August 13, 2007.

      3.     However, despite the best efforts of the parties, the depositions of plaintiff's treating expert witnesses, Dr. Michael Vietz and Dr. Christos Hatjis, cannot be completed until after the current close of discovery. These witnesses are practicing physicians whose availability is limited by the demands of the their busy medical practices. The parties believe that an extension of the existing deadlines will allow the parties to complete this necessary discovery and fully participate

in Mediation.

    4.    The parties respectfully requests the following amendments to the Scheduling Order:

|  | Present Deadline/Scheduled Date | Proposed Deadline |
|---|---|---|
| Close of Discovery | 8/24/07 | 10/8/07 |
| Mediation with Magistrate Kay | 8/28/07 | Magistrate Kay's earliest available date after 10/8/07 |
| Status Conference | 9/5/07 | To be determined by the Court |
| Deadline for Dispositive Motions | 9/24/07 | 11/8/07 |
| Oppositions to Dispositive Motions | 10/24/07 | 12/10/07 |
| Replies to Dispositive Oppositions | 11/8/07 | 12/26/07 |

    5.    A Proposed Amended Scheduling Order is attached hereto as Appendix No. 1.

    6.    The Mediation of this matter was originally scheduled for July 2, 2007 but re-scheduled with Magistrate Kay by request of the parties. No previous extensions of the Scheduling Order have been requested in this matter.

    7.    Counsel for Defendant consents to the granting of this Motion.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Dated: July 26, 2007                              Counsel for Plaintiff

## LCvR 7.1(m) CERTIFICATION

Consent to the foregoing Motion to Amend Scheduling Order was granted by counsel for Defendant Lilly on July 24, 2007.

/s/ Aaron M. Levine
AARON M. LEVINE, #7864