IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERI LUNN, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 06-1491 (JDB/AK) |
| ] | Next Event: Discovery Close - 8/24/07 |
| ELI LILLY AND COMPANY, ] | |
| ] | |
| Defendant. ] | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Amend Scheduling Order, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the January 25, 2007 Scheduling Order be amended as follows:

| | Present Deadline/Scheduled Date | Proposed Deadline |
|---|---|---|
| Close of Discovery | 8/24/07 | 10/8/07 |
| Mediation with Magistrate Kay | 8/28/07 | Magistrate Kay's earliest available date after 10/8/07 |
| Status Conference | 9/5/07 | To be determined by the Court |
| Deadline for Dispositive Motions | 9/24/07 | 11/8/07 |
| Oppositions to Dispositive Motions | 10/24/07 | 12/10/07 |
| Replies to Dispositive Oppositions | 11/8/07 | 12/26/07 |

_____
JOHN D. BATES
United States District Judge