UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERI LUNN, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY <br><br> Defendant. | CIVIL ACTION No. 06-CV-01491 (JDB) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sheri Lunn and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

| SHERI LUNN, | ELI LILLY AND COMPANY, |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Aaron M. Levine (by permission BLH) <br> Aaron M. Levine <br> AARON M. LEVINE & ASSOCIATES, P.A. <br> 1320 19th Street, N.W., Suite 500 <br> Washington, DC  20036 <br> 202-833-8040 | /s/ James J. Dillon <br> James J. Dillon <br> FOLEY HOAG LLP <br> 155 Seaport Boulevard <br> Boston, MA  02210 <br> 617-832-1000 |

Dated: September 17, 2007

B3408441.1